## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALMONDNET, INC., DATONICS, LLC, and INTENT IQ, LLC,<br><br>          Plaintiffs,<br><br>    v.<br><br>OATH HOLDINGS INC.,<br><br>          Defendant. | Civil Action No. 1:19-cv-00247-LPS |

## STIPULATION OF DISMISSAL

The parties hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that this action may be dismissed with prejudice, each party to bear its own costs and fees.

Plaintiffs accordingly dismiss this action with prejudice, each party to bear its own costs and fees.

Respectfully submitted,

By:   /s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
FARNAN LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801
Telephone: (302) 777-0300
Facsimile: (302) 777-0301
Email: bfarnan@farnanlaw.com

ATTORNEYS FOR PLAINTIFF

Date: March 4, 2019

By:   /s/ Brian P. Egan
Jack B. Blumenfeld (Bar No. 1014)
Brian P. Egan (Bar No. 6227)
MORRIS, NICHOLS, ARSHT &
    TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Email: jblumenfeld@mnat.com
Email: began@mnat.com

ATTORNEYS FOR DEFENDANT